**(Official Form 1) (9/97)**

0111103

| FORM B1 | United States Bankruptcy Court<br>District of Vermont | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brinkerhoff, Paul S.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**513 West St. Ext.**<br>**Brookfield, VT 05036** | Street Address of Joint Debtor(No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     **Orange** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)          ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other_____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7          ☐ Chapter 11          ☐ Chapter 13
☐ Chapter 9          ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business          ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

2001 AUG 10 AM 9 47
U.S. BANKRUPTCY COURT
DISTRICT OF VERMONT
FILED

Bankrupcy 2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

(Official Form 1) (9/97)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Paul S. Brinkerhoff** | FORM B1, Page 2 |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:    **NONE** | Case Number | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of the Debtor (If more than one, attach additional sheet)

| Name of Debtor:    **NONE** | Case Number | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Paul S. Brinkerhoff_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
**August 9, 2001**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
**RICHARD A. SCHOLES 000685171**
Printed Name of Attorney for Debtor(s)

Firm Name
**P.O. Box 1466**
Address
**Montpelier, VT  05601**

**(802) 223-1111**
Telephone Number
**August 9, 2001**
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if the debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 or title 11, United States Code, and have explained the relief available under each such chapter.

X _____    **August 9, 2001**
Signature of Attorney for Debtor(s)    Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

X _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition prepare's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.0.0-517 - 30544

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## District of Vermont

In re  **Paul S. Brinkerhoff**

Debtor

Case No. _____

(If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| | | | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 5 | $ 2,472.19 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 1,030.60 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 8,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 28,202.39 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 424.13 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 381.20 |
| Total Number of Sheets in ALL Schedules ▶ | | 19 | | | |
| Total Assets ▶ | | | 2,472.19 | | |
| Total Liabilities ▶ | | | | 37,232.99 | |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

FORM B6A
(10/89)

In re **Paul S. Brinkerhoff**

Case No. _____

Debtor (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **1 sq. ft., Plot #2358F**<br><br>**Plot #2358F**<br>**Jack Daniel Distillery**<br>**Moore County, TN**<br>**"Deed" dated 7/1/77**<br>**Presumed non-transferrable and valueless.** | **fee simple** | | **0.00** | **None** |
| | | Total ▶ | **0.00** | |

(Report also on Summary of Schedules)

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

FORM B6B
(10/89)

**Paul S. Brinkerhoff**

In re _____     Case No. _____

_____
Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | cash in pocket<br>in debtor's possession | | 11.10 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking acct. # 7552322<br>VT State EE CU<br>Montpelier, VT | | 31.65 |
| | | savings acct. # 5232200<br>VT State EE CU<br>Montpelier, VT | | 29.44 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | TV, VCR, & stereo<br>at debtor's residence | | 25.00 |
| | | dishes & cooking utensils & appliances | | 50.00 |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.0.0-517 - 30544

FORM B6B
(10/89)

**Paul S. Brinkerhoff**

In re _____   Case No. _____

Debtor   (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | at debtor's residence | | |
| | | furniture & household goods | | 200.00 |
| | | at debtor's residence | | |
| | | CD's & LP records. | | 200.00 |
| | | at debtor's residence | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | pictures & books | | 350.00 |
| | | at debtor's residence | | |
| 6. Wearing apparel. | | clothing | | 250.00 |
| | | at debtor's residence | | |
| 7. Furs and jewelry. | | jewelry | | 100.00 |
| | | at debtor's residence | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | hobby eqpt. | | 100.00 |
| | | at debtor's residence | | |
| | | sports eqpt. | | 125.00 |
| | | at debtor's residence | | |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0.517 - 30544

FORM B6B
(10/89)

**Paul S. Brinkerhoff**

In re _____        Case No. _____
                    Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | photographic eqpt. at debtor's residence | | 150.00 |
| | | 4 Ruger firearms believed to be in possession of Richard Saudek | | 750.00 |
| 9. Interests in insurance policies. Name Insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2000 income tax refunds taken by Agency of Human Svcs. | | 0.00 |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0.517 - 30544

FORM B6B
(10/89)

**Paul S. Brinkerhoff**

In re _____    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.0.0-517 - 30544

FORM B6B
(10/89)

**Paul S. Brinkerhoff**

In re _____   Case No. _____
                    Debtor                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. | | **eyeglasses**<br><br>**in debtor's possession** | | **100.00** |
| | | **0**<br>___continuation sheets attached | Total ▶ $ | **2,472.19** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.0.0-517 - 30544

FORM B6C
(6/90)    **Paul S. Brinkerhoff**

In re _____    Case No. _____
                    Debtor                                                        (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)    Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| cash in pocket | 12 VSA § 2740 (7) | 11.10 | 11.10 |
| checking acct. # 7552322 | 12 VSA § 2740 (15) | 31.65 | 31.65 |
| savings acct. # 5232200 | 12 VSA § 2740 (15) | 29.44 | 29.44 |
| TV, VCR, & stereo | 12 VSA § 2740 (5) | 25.00 | 25.00 |
| dishes & cooking utensils & appliances | 12 VSA § 2740 (5) | 50.00 | 50.00 |
| furniture & household goods | 12 VSA § 2740 (5) | 200.00 | 200.00 |
| pictures & books | 12 VSA § 2740 (7) | 350.00 | 350.00 |
| CD's & LP records. | 12 VSA § 2740 (7) | 200.00 | 200.00 |
| clothing | 12 VSA § 2740 (5) | 250.00 | 250.00 |
| jewelry | 12 VSA § 2740 (4) | 100.00 | 100.00 |
| hobby eqpt. | 12 VSA § 2740 (7) | 100.00 | 100.00 |
| sports eqpt. | 12 VSA § 2740 (7) | 125.00 | 125.00 |
| photographic eqpt. | 12 VSA § 2740 (7) | 150.00 | 150.00 |
| eyeglasses | 12 VSA § 2740 (17) | 100.00 | 100.00 |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

FORM B6D
(6/90)   **Paul S. Brinkerhoff**

In re _____   Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3916 RHS (2)**<br><br>**Cheney, Brock & Saudek, P.C.**<br>**P.O. Box 489**<br>**Montpelier, VT  05602** | | | **Incurred: 4/91**<br>**Lien: possessory lien**<br>**Security: 4 Ruger firearms**<br>**creditor may have sold guns**<br><br>Value $　　　　　**750.00** | | | | **1,030.60** | **280.60** |
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |
| ACCOUNT NO. | | | Value $ | | | | | |

<u>0</u>
　Continuation sheets attached

Left margin (vertical): Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.0.5-517 - 30544

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ | **1,030.60** |
| Total ▶<br>(Use only on last page) | $ | **1,030.60** |

(Report total also on Summary of Schedules)

B6E
(Rev. 4/98)

In re **Paul S. Brinkerhoff** _____   Case No. _____
                    Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☑  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

    __1__ continuation sheets attached

*(left margin vertical text)* Bankruptcy 2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

FORM B6E - Cont.
(10/89)

In re **Paul S. Brinkerhoff**

                Debtor

Case No. _____

                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   **Spousal or Child Support**

**TYPE OF PRIORITY**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT CLAIM | AMOUNT ENTITLED, TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Martha Leszko 192 Prospect St. Barre, VT 05641 | | | **Incurred: 5/01 Consideration: child support not dischargeable** | | | | **8,000.00** ESTIMATED | **8,000.00** |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors

Subtotal ▶ (Total of this page)    $ **8,000.00**

Total ▶    $ **8,000.00**

(Use only on last page of the completed Schedule E)

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

**FORM B6F (Official Form 6F) (9/97)**

In re **Paul S. Brinkerhoff**

Debtor

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Bauer Anderson & Gravel attn Dan Farnham, Esq. P.O. Box 607 Burlington, VT 05402** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Richard Burstein, Esq. P.O. Box 28 Randolph, VT 05060** | | | **Incurred: 1998 Consideration: legal services** | | | | **4,090.91** |
| ACCOUNT NO. **00997**<br><br>**Capital Recovery Systems P.O. Box 3332 Burlington, VT 05401** | | | | | | | **Notice Only** |
| ACCOUNT NO.<br><br>**Rex G. Carr, MD Wheeler Professional Park Bldg. 1, Ste. 9B One Oak Ridge Road W. Lebanon, NH 03784-3121** | | | **Incurred: 4/94 Consideration: medical services** | | | | **1,579.00** |

_____4_____ continuation sheets attached

Subtotal ▶ $ **5,669.91**

Total ▶ $ 

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.0.0-517  -  30544

FORM B6F (Official Form 6F) (9/97)

In re **Paul S. Brinkerhoff**

Debtor

Case No.

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1-00386-00<br><br>Cellular One<br>1100 Mtn. View Dr..<br>Colchester, VT  05446 | | | Incurred: 6/93<br>Consideration: cellular phone service | | | | 440.02 |
| ACCOUNT NO. 2228005789<br><br>Chittenden Bank<br>P.O. Box 639<br>Burlington, VT  05402 | | | Incurred: 1/93<br>Consideration: deficiency on motor vehicle repossession | | | | 2,852.17 |
| ACCOUNT NO. 6335178 F-FAM<br><br>CRW Financial, Inc.<br>P.O. Box 2000<br>Randolph, VT  05060 | | | | | | | **Notice Only** |
| ACCOUNT NO. M00639422-5<br><br>D.H.P.A.<br>One Medical Center Dr.<br>Lebanon, NH  03756 | | | Incurred: 10/95<br>Consideration: medical services | | | | 72.50 |
| ACCOUNT NO. JHA413Y393<br><br>Ford Motor Credit<br>4 Bedford Farms<br>Bedford, NH  03110 | | | Incurred: 9/24/92<br>Consideration: deficiency on motor vehicle repossession<br>1992 Mercury Sable repossessed in 4/94. | | | | 10,422.59 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | 13,787.28

Total ▶ | $ |

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.00.517 - 30544

FORM B6F (Official Form 6F) (9/97)

In re **Paul S. Brinkerhoff** _____     Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6335178 F-FAM<br><br>Gifford Memorial Hospital<br>P.O. Box 2000<br>Randolph, VT  05060 | | | Incurred: 2/96<br>Consideration: medical services | | | | 32.75 |
| ACCOUNT NO. 00997<br><br>Green Mtn. Propane Gas<br>c/o VGS Propane<br>Rt. 5 South, Kline Dr.<br>White River Jct., VT  05001 | | | Incurred: 6/92<br>Consideration: LP gas. | | | | 39.30 |
| ACCOUNT NO. 639422<br><br>Marcam Associates<br>P.O. Box 2758<br>Woburn, MA  01888 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>John H. Milorat<br>16 East St.<br>Barre, VT  05641 | | | Incurred: 6/98<br>Consideration: medical services | | | | 150.00 |
| ACCOUNT NO. 802-476-7152<br><br>NYNEX<br>c/o Verizon Communications<br>1095 Ave. of the Americas<br>New York, NY  10036 | | | Incurred: 6/92<br>Consideration: telephone services | | | | 150.00 |

Bankruptcy2000 ©1991-2000, New Hope Software, Inc. - ver. 3.0.0-517 - 30544

Sheet no. _2_ of _4_ sheets attached to Schedule of Creditors

Subtotal ▶ $    372.05

Total ▶ $ _____

(Report total also on Summary of Schedules)

**FORM B6F (Official Form 6F) (9/97)**

In re **Paul S. Brinkerhoff**  _____

Debtor

Case No. _____

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **102-7-97 Oecv** <br><br> **Orange Cnty. Superior Ct. 5 Court Street Chelsea, VT 05038** | | | | | | | **Notice Only** |
| ACCOUNT NO. **Doc # 38-3-00 Oecv** <br><br> **Orange Cnty. Superior Ct. 5 Court Street Chelsea, VT 05038** | | | | | | | **Notice Only** |
| ACCOUNT NO. **7995305566** <br><br> **Service Merchandise P.O. Box 29216 Shawnee Mission, KS 66201** | | | **Incurred: 1/93** <br> **Consideration: goods charged on account** <br> **Card not used in past 60 days.** | | | | **600.00** |
| ACCOUNT NO. <br><br> **Triad Medical Billing Services P.O. Box 350 Etna, NH 03750** | | | | | | | **Notice Only** |
| ACCOUNT NO. **4262-4330-9002-4132** <br><br> **Vermont National Bank Bankcard Center P.O. Box 1943 Brattleboro, VT 05302** | | | **Incurred: 9/94** <br> **Consideration: cash, goods & services charged on account** <br> **Card not used in last 60 days** | | | | **7,773.15** |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors

Subtotal ▶ | $ | **8,373.15**

Total ▶ | $ |

(Report total also on Summary of Schedules)

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.B-517 - 30544

FORM B6F (Official Form 6F) (9/97)

In re **Paul S. Brinkerhoff**
_____          Case No. _____
                    Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br><br>**VT Agency of Human Svcs.**<br>**Office of Child Support**<br>**103 S. Main St.**<br>**Waterbury, VT  05671** | | | | | | | **Notice Only** |
| ACCOUNT NO. A96-4132<br><br>**Mark L. Zwicker, P.C.**<br>**P.O. Box 2455**<br>**Brattleboro, VT  05303** | | | | | | | **Notice Only** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.0.0-517 - 30544

Sheet no. **4** of **4** sheets attached to Schedule of Creditors

| | | |
|---|---|---|
| Subtotal ▶ | $ | **0.00** |
| Total ▶ | $ | **28,202.39** |

(Report total also on Summary of Schedules)

FORM B6G
(10/89)

**Paul S. Brinkerhoff**

In re _____     Case No. _____

                   Debtor                                                       (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0.5.17 - 30544

FORM B6H
(6/90)

**Paul S. Brinkerhoff**

In re _____     Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

FORM B6I
(6/90)

In re **Paul S. Brinkerhoff**

Case No._____

_____
Debtor

(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES **No dependents** | AGE | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **part time technician** | |
| Name of Employer | **Vermont Interactive Television** | |
| How long employed | **2 yrs.** | |
| Address of Employer | **P.O. Box 500** **Randolph Center, VT 05061** | **N.A.** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ **760.50** | $ **N.A.** |
| Estimated monthly overtime | $ **0.00** | $ **N.A.** |
| SUBTOTAL | $ **760.50** | $ **N.A.** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **58.08** | $ **N.A.** |
| b. Insurance | $ **0.00** | $ **N.A.** |
| c. Union dues | $ **0.00** | $ **N.A.** |
| d. Other (Specify) **child support** | $ **328.29** | $ **N.A.** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **386.37** | $ **N.A.** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **374.13** | $ **N.A.** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **N.A.** |
| Income from real property | $ **0.00** | $ **N.A.** |
| Interest and dividends | $ **0.00** | $ **N.A.** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **N.A.** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **N.A.** |
| Pension or retirement income | $ **0.00** | $ **N.A.** |
| Other monthly income | $ _____ | $ _____ |
| (Specify) **VT Social Welfare (for medications)** | $ **50.00** | $ **N.A.** |
| _____ | $ **0.00** | $ **N.A.** |
| TOTAL MONTHLY INCOME | $ **424.13** | $ **N.A.** |

TOTAL COMBINED MONTHLY INCOME $_____ **424.13** _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2001 ©1991-2000 New Hope Software, Inc. ver. 3.0.0-517 - 30544

FORM B6J
(6/90)

**Paul S. Brinkerhoff**

In re _____ ,   Case No. _____
                        Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 151.20 |
| Are real estate taxes included?        Yes _____    No __✓__ | |
| Is property insurance included?        Yes _____    No __✓__ | |
| Utilities      Electricity and heating fuel | $ 0.00 |
|                   Water and sewer | $ 0.00 |
|                   Telephone | $ 0.00 |
|                   Other _____ | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 10.00 |
| Clothing | $ 10.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 60.00 |
| Transportation (not including car payments) | $ 90.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|                   Homeowner's or renter's | $ 0.00 |
|                   Life | $ 0.00 |
|                   Health | $ 0.00 |
|                   Auto | $ 0.00 |
|                   Other _____ | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|                   Auto | $ 0.00 |
|                   Other _____ | $ 0.00 |
|                   Other _____ | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other _____**tobacco, non-food household**_____ | $ 50.00 |

| | |
|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 381.20 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ N.A. |
| B.  Total projected monthly expenses | $ N.A. |
| C.  Excess income (A minus B) | $ N.A. |
| D.  Total amount to be paid into plan each _____**N.A.**_____ | $ N.A. |
|                                          (interval) | |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. ver. 3.00.517 - 30344

Form B6-Cont.
(12/94)

In re **Paul S. Brinkerhoff**                                    ,          Case No. _____
                           Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of                    **20**
sheets and that they are true and correct to the best of my knowledge, information and belief.                    (Total shown on summary page plus 1)

Date **August 9, 2001** _____          Signature _*B Brinkerhoff*_____
                                                                                                                    Debtor

Date _____          Signature          **Not Applicable**
                                                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. ver. 3.0.0.517 - 30544

FORM 7.
Rev. 12/94

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

UNITED STATES BANKRUPTCY COURT
District of Vermont

In Re __Paul S. Brinkerhoff_____          Case No._____
           (Name)                                                   (If known)

**Debtor**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

*"In Business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1.   Income from employment or operation of business**

None
☐

      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| 2001 | $5,300.00 | VT Interactive TV |
| 2000 | $7,710.00 | same |
| 1999 | $2,181.00 | same |

Bankruptcy2000 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

**2.   Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3.   Payments to Creditors**

None


a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None


b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4a.   Suits and administrative proceedings, executions, garnishments and attachments**

None


a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None


b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0.517 - 30544

**5.    Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
    of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6a.    Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the
    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year
⊠    immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & CASE NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.    Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case,
⊠    except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and
charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13
must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

Bankruptcy2001 ©1991-2000, New Hope Software, Inc. - ver. 3.00.5J7 - 30544

**8.  Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case or since the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard A. Scholes**<br>**P.O. Box 1466**<br>**Montpelier, VT  05601** | **7/01-8/01 Payor: part was gift from**<br>**Ulrica Christopher** | **$1,000 including bankrutpcy filing fee** |

**10.  Other transfers**

None ☒



a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.  Closed financial accounts**

None ☒



List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0.517 - 30544

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **669 West St. Ext. Brookfield, VT 05036** | **Paul Brinkerhoff** | **6/93-9/00** |

**[Questions 16 - 21 are not applicable to this case]**

\*    \*    \*    \*    \*    \*

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **August 9, 2001**

Signature of Debtor

**PAUL S. BRINKERHOFF**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X

Signature of Bankruptcy Petition Preparer

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2001 ©1991-2000, New Hope Software, Inc., ver. 3.0.0.517 - 30544

**0** continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

Form B8 (Official Form 8)
(9/97)

**Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

## UNITED STATES BANKRUPTCY COURT
### District of Vermont

In re   **Paul S. Brinkerhoff**                                    ,        Case No. _____

                        Debtor

                                                        Chapter          **Chapter 7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**                    **Creditor's name**
   **4 Ruger firearms**                          **Richard Saudek**

   *b. Property to Be Retained.*                  *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| **NONE** | | | | |

Date:   **August 9, 2001** _____        _____
                                                Signature of Debtor      **PAUL S. BRINKERHOFF**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2000 ©1991-2000, New Hope Software, Inc., ver. 3.0.0-517 - 30544

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:                                                  |

**Paul S. Brinkerhoff,**                                 |          Case No.:  01-
    513 West St. Ext.                             |
    Brookfield, VT 05036                           |
    ss# 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                               |          Chapter 7

            Debtor          |

**Certificate of Service**

    I, Richard A. Scholes, certify that I served the Statement of Intention on August 9, 2001 by mailing a copy, first class postage prepaid, to the entity whose name and address is listed below.

    Signed at Montpelier, Vermont on August 9, 2001.

                                  Richard A. Scholes
                                  Fed Bar # 000685171

Richard Saudek, Esq.
Cheney, Brock & Saudek, P.C.
Acct No: 3916 RHS (2)
P.O. Box 489
Montpelier, VT  05602-0489

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:                              | Case No. 01-
                                    |
**Paul S. Brinkerhoff**             | Chapter 7
                                    |
          Debtor                    |

### Rule 2016(b) - Statement of Attorney Compensation

Pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016(b), Richard A. Scholes, the undersigned attorney ["attorney"] for the debtor in this case, states the following:

1. Prior to the filing of this disclosure statement, the debtor in this case paid the attorney the sum of $1,000.00 for services rendered or to be rendered by him in contemplation of and in connection with this case after one year before the filing of the petition in this case, including $200.00 for the filing and administrative fees. The source of the paid sum was: debtor's earnings and savings and gift from Ulrica Christopher.

2. In his Retainer Agreement with the debtor the attorney agreed to do the following:
   • The initial consultation [the first 1/2 hour is free];
   • Counseling regarding and preparation of the Chapter 7 Petition; the Schedules of Property, Creditors, Current Income, Current Expenditures, Codebtors, and Executory Contracts and Leases; and the Statements of Intention and of Financial Affairs;
   • Preparation of other documents incidental to the filing of the petition;
   • Counseling regarding retention or surrender of liened property and debtor's right to claim certain property as exempt;
   • Filing the petition in the U.S. Bankruptcy Court for the District of Vermont;
   • Negotiating with creditors; and
   • Attending and representing debtor at the § 341 meeting of creditors.

3. In addition, the debtor has agreed to pay additional compensation at the rate of $150 per hour if post-filing services are required (exclusive of attendance at the § 341 meeting.) The source of future payments will be: debtor's earnings.

4. The attorney has not shared or agreed to share any portion of such compensation with any other person.

5. The attorney has not received any other payment in this case, and has no other agreement regarding this case, except as set out herein.

Signed at Montpelier, Vermont on August 9, 2001.

Richard A. Scholes
Fed. Bar # 000685171

# BANKRUPTCY INFORMATION SHEET

BANKRUPTCY LAW IS A FEDERAL LAW. THIS SHEET GIVES YOU SOME GENERAL INFORMATION ABOUT WHAT HAPPENS IN A BANKRUPTCY CASE. THE INFORMATION HERE IS NOT COMPLETE. YOU MAY NEED LEGAL ADVICE.

## WHEN YOU FILE BANKRUPTCY:

You can choose the kind of bankruptcy that best meets your needs:

Chapter 7 - A trustee is appointed to take over your property. Any property of value will be sold or turned into money to pay your creditors. You may be able to keep some personal items and possibly real estate depending on the law of the state where you live.

Chapter 13 - You can usually keep your property, but you must earn wages or have some other source of regular income and you must agree to pay part of your income to your creditors. The Court must approve your repayment plan and your budget. A trustee is appointed and will collect the payments from you, pay your creditors, and make sure you live up to the terms of your repayment plan.

Chapter 12 - Like chapter 13, but it is only for family farmers.

Chapter 11 - This is used mostly by businesses. In chapter 11, you may continue to operate your business, but your creditors and the Court must approve a plan to repay your debts. There is no trustee unless the Judge decides that one is necessary; if a trustee is appointed, the trustee takes control of your business and property.

If you have already filed bankruptcy under chapter 7, you may be able to change your case to another chapter.

Your bankruptcy may be reported on your credit record for as long as ten years. It can affect your ability to receive credit in the future.

## WHAT IS A BANKRUPTCY DISCHARGE AND HOW DOES IT OPERATE?

One of the reasons people file bankruptcy is to get a "discharge." A discharge is a Court order which states that you do not have to pay most of your debts. Some debts cannot be discharged. For example, you cannot discharge debts for --
- most taxes;
- child support;
- alimony;
- most student loans;
- Court fines and criminal restitution; and
- personal injury caused by driving drunk or under the influence of drugs.

The discharge only applies to debts that arose before the date you filed.

Also, if the Judge finds that you received money or property by fraud, that debt may not be discharged.

It is important to list all your property and debts in your bankruptcy schedules. If you do not list a debt, for example, it is possible the debt will not be discharged.

The Judge can also deny your discharge if you do something dishonest in connection with your bankruptcy case, such as destroy or hide property, falsify records, or lie, or if you disobey a Court order.

You can only receive a chapter 7 discharge once every six years. No one can make you pay a debt that has been discharged, but you can voluntarily pay any debt you wish to pay. You do not have to sign a reaffirmation agreement or any other kind of document to do this.

Some creditors hold a secured claim (for example, the bank that holds the mortgage on your house or the loan company that has a lien on your car). You do not have to pay a secured claim if the debt is discharged, but the creditor can still take the property.

## WHAT IS A REAFFIRMATION AGREEMENT?

Even if a debt can be discharged, you may have special reasons why you want to promise to pay it. For example, you may want to work out a plan with the bank to keep your car. To promise to pay that debt, you must sign and file a reaffirmation agreement with the Court. Reaffirmation agreements are under special rules and are voluntary. They are not required by bankruptcy law or by any other law. Reaffirmation agreements --
- must be voluntary;
- must not place too heavy a burden on you or your family;
- must be in your best interest; and
- can be canceled anytime before the Court issues your discharge or within 60 days after the agreement is filed with the Court, whichever gives you the most time.

If you are an individual and you are not represented by an attorney, the Court must hold a hearing to decide whether to approve the reaffirmation agreement. The agreement will not be legally binding until the Court approves it.

If you reaffirm a debt and then fail to pay it, you owe the debt the same as though there was no bankruptcy. The debt will not be discharged and the creditor can take action to recover any property on which it has a lien or mortgage. The creditor can also take legal action to recover a judgment against you.

IF YOU WANT MORE INFORMATION OR HAVE QUESTIONS ABOUT HOW THE BANKRUPTCY LAWS AFFECT YOU, YOU MAY NEED LEGAL ADVICE. THE TRUSTEE IN YOUR CASE IS NOT RESPONSIBLE FOR GIVING YOU LEGAL ADVICE.

I/We, the undersigned debtor(s), acknowledge receipt of this Bankruptcy Information Sheet. I/We have read it, discussed what it says with Mr. Scholes, and understand this information.

_____    _8.9.01_    _____    _____
Signature of Debtor            Date                      Signature of Debtor              Date

# RICHARD A. SCHOLES
## ATTORNEY

Office in the Carriage House at Two Spring Street
P.O. Box 1466, Montpelier, Vermont 05601
e-mail: bankrupt@plainfield.bypass.com
(802) 223-1111  Fax 223-4305

August 9, 2001

Hon. Thomas J. Hart
Clerk of the U.S. Bankruptcy Court
P.O. Box 6648
Rutland, Vermont  05701

re: Bankruptcy filing of Paul S. Brinkerhoff        01-11103

Dear Tom,

Enclosed please find an unstapled original plus three stapled copies of the petition, schedules, statements, and other pleadings which comprise the referenced Chapter 7 filing.  Also in this package is an original of the creditors' matrix.  Please charge the $200 filing and administrative fee to my credit card account number you have in your files.

**Please file this petition in your Court.**

This appears to me to be a no asset case.

Also enclosed is a copy of the petition cover sheet and a stamped, self-addressed envelope.  Please note the filing date and case number on the cover sheet and return it to me.

Thanks for your assistance with this.

Sincerely,

Richard A. Scholes
Federal Bar # 000685171

cc:  Paul Brinkerhoff

Internal Revenue Service
Insolvency Groups - Stop 20800
25 New Sudbury Street
P.O. Box 9112
Boston, MA   02203-9112

The United States Trustee
74 Chapel St., Suite 200
Albany, NY   12207

Bauer Anderson & Gravel
attn Dan Farnham, Esq.
P.O. Box 607
Burlington, VT   05402

Richard Burstein, Esq.
P.O. Box 28
Randolph, VT   05060

Capital Recovery Systems
Acct No: 00997
P.O. Box 3332
Burlington, VT   05401

Rex G. Carr, MD
Wheeler Professional Park
Bldg. 1, Ste. 9B
One Oak Ridge Road
W. Lebanon, NH   03784-3121

Cellular One
Acct No: 1-00386-00
1100 Mtn. View Dr..
Colchester, VT   05446

Cheney, Brock & Saudek, P.C.
Acct No: 3916 RHS (2)
P.O. Box 489
Montpelier, VT   05602

Chittenden Bank
Acct No: 2228005789
P.O. Box 639
Burlington, VT   05402

CRW Financial, Inc.
Acct No: 6335178 F-FAM
P.O. Box 2000
Randolph, VT   05060

D.H.P.A.
Acct No: M00639422-5
One Medical Center Dr.
Lebanon, NH   03756

Ford Motor Credit
Acct No: JHA413Y393
4 Bedford Farms
Bedford, NH  03110

Gifford Memorial Hospital
Acct No: 6335178 F-FAM
P.O. Box 2000
Randolph, VT  05060

Green Mtn. Propane Gas
Acct No: 00997
c/o VGS Propane
Rt. 5 South, Kline Dr.
White River Jct., VT  05001

Martha Leszko
192 Prospect St.
Barre, VT  05641

Marcam Associates
Acct No: 639422
P.O. Box 2758
Woburn, MA  01888

John H. Milorat
16 East St.
Barre, VT  05641

NYNEX
Acct No: 802-476-7152
c/o Verizon Communications
1095 Ave. of the Americas
New York, NY  10036

Orange Cnty. Superior Ct.
Acct No: 102-7-97 Oecv
5 Court Street
Chelsea, VT  05038

Orange Cnty. Superior Ct.
Acct No: Doc # 38-3-00 Oecv
5 Court Street
Chelsea, VT  05038

Service Merchandise
Acct No: 7995305566
P.O. Box 29216
Shawnee Mission, KS  66201

Triad Medical Billing Services
P.O. Box 350
Etna, NH  03750

```
Vermont National Bank
Acct No: 4262-4330-9002-4132
Bankcard Center
P.O. Box 1943
Brattleboro, VT 05302

VT Agency of Human Svcs.
Acct No: 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
Office of Child Support
103 S. Main St.
Waterbury, VT  05671

Mark L. Zwicker, P.C.
Acct No: A96-4132
P.O. Box 2455
Brattleboro, VT  05303
```

#1-1 w/petition

# UNITED STATES BANKRUPTCY COURT
### District of Vermont

# 00024462 - NW
August 10, 2001

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| CHP 7+AF | 01-11103 | | 200.00 |
| Debtor - Paul Brinkerhoff | | | |

**TOTAL →** **200.00**

FROM: RICHARD A. SCHOLES, ESQ.
      PO Box 1450
      Montpelier VT 05601-1450